IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM LEDEE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:09cv516-MEF |
| ) | (WO) |
| UNITED STATES, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**<u>ORDER</u>**

On June 9, 2011, the Magistrate Judge issued a Recommendation (Doc. 20) to which no timely objections were made. Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE that:

1. The Recommendation (Doc. 20) is ADOPTED.

2. The 28 U.S.C. § 2241 petition for habeas corpus relief filed by Ledee is denied.

3. This case is dismissed with prejudice.

DONE this 14th day of September, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE