IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM LEDEE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:09cv516-MEF |
| ) | (WO) |
| UNITED STATES, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED and ADJUDGED that this case is DISMISSED with prejudice.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

Done this 14th day of September, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE